LAZARUS v. McDONALD et al. (Circuit Court of Appeals, Eighth Circuit. January 7, 1901.) No. 1,348. Appeal from the Circuit Court of the United States for the Western District of Missouri. Ben J. Woodson, Frank Hagerman, O. M. Spencer, and Willard P. Hall, for appellant. Vinton Pike, Ste-

phen S. Brown, and John E. Dolman, for appellees. No opinion. Decree of circuit court (97 Fed. 121) reversed and annulled, at costs of appellees, and cause remanded, with directions to the circuit court to overrule all of the exceptions to the master's report, and to enter a decree in favor of Henry L. Lazarus, in conformity with, the recommendations contained in the report which was filed in the circuit court on May 25, 1898.